IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JAMES E. OTIS**                                                                                    **PLAINTIFF**

**v.**                                                                                  **No. 3:16CV232-NBB-JMV**

**TIMOTH OUTLAW**                                                                             **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment entered this day, the instant case is **DISMISSED** for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 6th day of March, 2018.

          /Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE